# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**MINOR L. MCNEIL**                                                                    **PLAINTIFF**

**V.**                         **4:20CV00100 JM**

**UNITED STATES; DEPARTMENT OF TREASURY**               **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 22nd day of June, 2020.